**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Ali Yazdchi v. Makansam Inc. d/b/a Ideal Towing

Appellate case number:    01-20-00008-CV

Trial court case number:    1133779

Trial court:    County Civil Court at Law No. 3 of Harris County

Ali Yazdchi filed his pro se appellant's brief on September 1, 2022.  Appellant's brief fails to comply with Rule 38.1.  *See* TEX. R. APP. P. 38.1.  The brief fails to include the following:

(1) Identity of parties and counsel listing all parties to the trial court's judgment and the names and addresses of all trial and appellate counsel. TEX. R. APP. P. 38.1(a)

(2) Table of contents with references to page numbers in the brief. TEX. R. APP. P. 38.1(b).

(3) Index of authorities arranged alphabetically and indicating the pages where the authorities are cited. TEX. R. APP. P. 38.1(c).

(4) Statement regarding oral argument and whether appellant is requesting oral argument with an explanation of why oral argument is needed. TEX. R. APP. P. 38.1(e)

(5) Issues presented with a list of all issues raised in the brief . TEX. R. APP. P. 38.1(f).

(6) Statement of facts stating concisely and without argument the facts of the case that are pertinent to the issues raised including citations to the record for the facts recited. TEX. R. APP. P. 38.1(g).

(7) Argument including citation to authority in the form of case or statutory authority. TEX. R. APP. P. 38.1(i).

Because appellant's brief fails to comply with Rule 38.1, we **strike** the brief and **order** appellant to file a corrected brief complying with Rule 38.1(a)-(i) **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____

            ☑ Acting individually    ☐ Acting for the Court

Date: ____September 8, 2022_____